# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHURAY WELLS

NO. 2021 KW 1107

DECEMBER 20, 2021

---

In Re:    Shuray Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-17-0546.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's applications for postconviction relief, filed on November 20, 2020, March 12, 2021, April 13, 2021, and April 23, 2021, by January 20, 2022, and provide this court with a copy of the ruling by January 27, 2022.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT